■ In the Matter of CHARLES D. ADLER on the Relation of BENNY WILLIAMS, Petitioner, v FRANCIS N. PECORA, Respondent.—Application pursuant to article 78 of the CPLR unanimously denied, cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, J. P., Tilzer, Capozzoli, Lane and Nunez, JJ.

---

## (April 17, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEYMOUR KANE, Appellant.—Judgment, Supreme Court, New York County, rendered on November 15, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Lane, JJ.

■ AMERICAN AIRLINES, INC., Appellant, v TRANS INTERNATIONAL AIRLINES, INC., Respondent.—Appeal from order of the Supreme Court, New York County, entered on July 25, 1974, withdrawn, with prejudice and without costs to either party as against the other. Concur—Kupferman, J. P., Lane, Nunez and Lynch, JJ.

■ In the Matter of the Estate of AURELIE HOLLOS, Also Known as ARANKA HOLLOS, Deceased. PAUL E. HOLLOS, Appellant, and CLAIRE DE CHERCHI et al., Respondents.—Order, Surrogate's Court, New York County, entered on January 23, 1975, unanimously affirmed, without costs and without disbursements, and without prejudice to any application that the appellant may be advised to make after examination of the objectant. Concur—Stevens, P. J., Markewich, Kupferman, Lupiano and Capozzoli, JJ.